UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                                                         Criminal No. 14-277 (JNE/JJK) (2)
                                                                           ORDER

Catarino Cruz, Jr.,

      Defendant.

In a Report and Recommendation dated April 8, 2015, the Honorable Jeffrey J.

Keyes, United States Magistrate Judge, recommended that Defendant's motion to

suppress be denied.  No objection to the Report and Recommendation has been made.

The Court accepts the recommendation [Docket No. 93] to deny the motion to suppress.

Therefore, IT IS ORDERED THAT:

1.     Defendant's Motion to Suppress - Warrantless Arrest [Docket No. 68] is
DENIED.

Dated: April 29, 2015

                                                 s/Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Judge